UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 17-3027
_____

BRANDY KANE,

Appellant

v.

SHAWN BARGER, in his Individual Capacity as a Police Officer for the Borough of Coraopolis
_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(No. 2-15-cv-00846)
District Judge: Honorable Mark R. Hornak
_____

Submitted Under Third Circuit L.A.R. 34.1(a)
June 12, 2018

Before: CHAGARES, GREENBERG, and FUENTES, *Circuit Judges*
_____

JUDGMENT
_____

This cause came on to be heard on the record from the United States District Court for the Western District of Pennsylvania and was submitted pursuant to Third Circuit L.A.R. 34.1(a) on June 12, 2018.

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the judgment of the District Court entered on August 17, 2017 is REVERSED and REMANDED. All of the above in accordance with the opinion of this Court.

Attest:

s/ Patricia S. Dodszuweit
Clerk

Dated: August 22, 2018

**Certified as a true copy and issued in lieu of a formal mandate on** September 26, 2018

**Teste:** *Patricia A. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**